# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| MDC COAST 7, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OHK GLOBAL, INC., a Texas Corporation,<br><br>Defendant. | Civil Action No. 4:24-cv-04029<br><br>Judge George C Hanks, Jr |

**PLAINTIFF MDC COAST 7, LLC'S**
**FRCP 7.1 DISCLOSURE STATEMENT**

**COMES NOW** Plaintiff MDC COAST 7, LLC, by and through counsel undersigned, hereby submits the following corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Plaintiff MDC Coast 7, LLC's sole member is Realty Income Corporation. MDC Coast 7, LLC is not a publicly traded company. Realty Income Corporation is a publicly-traded company.

2. Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), as this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), MDC Coast 7, LLC and members of its members, and the citizenship of said members, are enumerated below:

   a. MDC Coast 7, LLC is a Delaware limited liability company. MDC Coast 7 LLC's sole member is Realty Income Corporation, a

Maryland Corporation with its principal place of business in San Diego, California.

b. As such, Plaintiff is a citizen of the states Delaware, Maryland and California.

Dated: October 29, 2024

Respectfully submitted,

By: */s/ Joel F. Newell*
Craig Solomon Ganz (attorney-in-charge)
State Bar No. 24127203
Southern District of Texas No. 3074592
Michael S. Myers
Southern District of Texas No. 3832721
Joel F. Newell
State Bar No. 24137409
Southern District of Texas No. 3883569
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
Email: ganzc@ballardspahr.com
Email: myersm@ballardspahr.com
Email: newellj@ballardspahr.com

*Attorneys for Plaintiff MDC Coast 7, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, I electronically served all counsel of record with the foregoing pursuant to the Federal Rules of Civil Procedure.

>	*/s/ Joel F. Newell*
>	Joel F. Newell